ACCEPTED
03-15-00498-CV
6873283
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 4:05:07 PM
JEFFREY D. KYLE
CLERK

**NO. 03-15-00498-CV**

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 4:05:07 PM
JEFFREY D. KYLE
Clerk

LONG CANYON PHASE II AND III HOMEOWNERS
ASSOCIATION, INC.,

*Appellant,*

v.

CHRIS CASHION AND LISA CASHION,

*Appellee.*

Appealed from the County Court at Law No. 2 of Travis County,
Texas,
Cause No. C-1-CV-15-001016

**APPELLANT LONG CANYON PHASE II AND III
HOMEOWNERS ASSOCIATION, INC.'S FIRST MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF**

TO THE HONORABLE COURT:

Appellant Long Canyon Phase II and III Homeowners

Association, Inc. ("Appellant"), files this First Motion for

Extension of Time to File Appellant's Brief pursuant to Texas

Rules of Appellate Procedure 38.6(d) and 10.5(b)(1) and would

respectfully show unto the Court the following:

1.    The deadline for filing Appellant's Brief is today, September 10, 2015.

2.    Appellant seeks a 21-day extension of time to file Appellant's Brief. Appellant respectfully requests that the Court extend the deadline for filing Appellant's Brief to October 1, 2015.

3.    This is the first Motion for Extension of Time filed for Appellant's Brief with the Court.

4.    This extension of time is not requested for mere delay, but to allow Appellant adequate time to prepare Appellant's Brief.

5.    Appellant is requesting additional time in order to thoroughly research and adequately brief these matters for the Court.

For these reasons, Appellant respectfully requests that this Court grant a 21-day extension of time to file Appellant's Brief. Appellant also requests any further relief to which it may be entitled.

Respectfully submitted,

Roberts Markel Weinberg Butler Hailey PC

_____

FRANK O. CARROLL III
Texas State Bar No. 24082785
DAWN S. HOLIDAY
Texas State Bar No. 24046090
Amy M. VanHoose
Texas State Bar No. 24042085
2800 Post Oak Blvd., 57th Floor
Houston, Texas 77056
Telephone: 713-840-1666
Facsimile: 713-840-9404
fcarroll@rmwbhlaw.com
dholiday@rmwbhlaw.com
avanhoose@rmwbhlaw.com
ATTORNEYS FOR APPELLANT,
LONG CANYON PHASE II AND III
HOMEOWNERS ASSOCIATION, INC.

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 10, 2015, I conferred with William C. Davidson regarding the merits of this First Motion for Extension of Time. Mr. Davidson informed me that he was unopposed to the filing of this First Motion for Extension of Time.

_____
FRANK O. CARROLL III

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document is 463 words, as calculated by the word count feature of Microsoft Word 2007 (Professional Edition).

_____
FRANK O. CARROLL III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by facsimile, messenger, regular U.S. Mail, certified mail, return receipt requested and/or electronic service in accordance with the Texas Rules of Appellate Procedure on this the 10th day of September, 2015.

William C. Davidson
bdavidson@chmc-law.com
Chamberlain McHaney
P.O. Box 684158
301 Congress, 21st Floor
Austin, Texas 79701

Frank O. Carroll III